**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-24970 |
| | § | |
| DENNIS ROBERT M LUZA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $106,850.00 | Assets Exempt: | $54,592.00 |
| Total Distributions to Claimants: | $8,502.55 | Claims Discharged Without Payment: | $52,779.87 |
| Total Expenses of Administration: | $5,516.42 | | |

   3)   Total gross receipts of $14,018.97  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $14,018.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $179,401.19 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,516.42 | $5,516.42 | $5,516.42 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $57,957.70 | $44,649.54 | $44,649.54 | $8,502.55 |
| **Total Disbursements** | $237,358.89 | $50,165.96 | $50,165.96 | $14,018.97 |

4). This case was originally filed under chapter 7 on 08/03/2016. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2018    By:    /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Foresters First Investors Life insurance | 1129-000 | $6,377.45 |
| Life Insurance Policies for Debtor's Parents (debtor pays and is beneficiary) | 1229-000 | $3,000.00 |
| Preferential Transfer Claim v Merrick Bank | 1241-000 | $4,641.52 |
| **TOTAL GROSS RECEIPTS** | | $14,018.97 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc | 4110-000 | $146,605.00 | $0.00 | $0.00 | $0.00 |
| | Hilton Grand Vacations Club | 4110-000 | $15,773.19 | $0.00 | $0.00 | $0.00 |
| | Vistana Vacation Owner | 4110-000 | $17,023.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $179,401.19 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,151.90 | $2,151.90 | $2,151.90 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.89 | $16.89 | $16.89 |
| International Sureties, Ltd | 2300-000 | NA | $4.35 | $4.35 | $4.35 |
| Green Bank | 2600-000 | NA | $255.45 | $255.45 | $255.45 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,677.50 | $2,677.50 | $2,677.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $60.33 | $60.33 | $60.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,516.42 | $5,516.42 | $5,516.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $5,067.77 | $5,067.77 | $5,067.77 | $965.05 |
| 2 | American Express Centurion Bank | 7100-900 | $4,147.05 | $4,147.05 | $4,147.05 | $789.72 |
| 3 | US DEPT OF EDUCATION | 7100-000 | $32,110.00 | $35,434.72 | $35,434.72 | $6,747.78 |
|  | Amex | 7100-000 | $3,063.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $3,035.37 | $0.00 | $0.00 | $0.00 |
|  | Citi Cards | 7100-000 | $3,654.71 | $0.00 | $0.00 | $0.00 |
|  | Fifth Third Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Lending Club | 7100-000 | $6,879.80 | $0.00 | $0.00 | $0.00 |
|  | Merrick Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $57,957.70 | $44,649.54 | $44,649.54 | $8,502.55 |

**UST Form 101-7-TDR (10/1/2010)**

Case 16-24970  Doc 43  Filed 09/26/18  Entered 09/26/18 16:38:35  Desc Main
Document   Page 5 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 16-24970 | | | Trustee Name: | David Leibowitz |
| Case Name: | LUZA, DENNIS ROBERT M | | | Date Filed (f) or Converted (c): | 08/03/2016 (f) |
| For the Period Ending: | 9/6/2018 | | | §341(a) Meeting Date: | 08/30/2016 |
| | | | | Claims Bar Date: | 01/11/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 3925 Triumvera Drive Unit 14F Glenview, IL - 60025-0000 Cook County | $120,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2004 Toyota Camry (115k miles) | $3,000.00 | $0.00 | | $0.00 | FA |
| 3 | normal household goods and related accessories at liquidation value | $1,500.00 | $350.00 | | $0.00 | FA |
| 4 | normal wardrobe and related accessories | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | checking account | $250.00 | $0.00 | | $0.00 | FA |
| 6 | sole operator medical billing business minimal assets/Medical Billing Experts, LLC. 100 % | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 7 | Roth IRA (First Investors) | $11,623.00 | $0.00 | | $0.00 | FA |
| 8 | Simple IRA | $12,856.00 | $0.00 | | $0.00 | FA |
| 9 | NCH 401K ( Fidelity Investments) | $6,713.00 | $0.00 | | $0.00 | FA |
| 10 | possible tax refund | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 | Foresters First Investors Life insurance | $5,385.00 | $6,377.45 | | $6,377.45 | FA |
| **Asset Notes:** | Updated per amended schedule C (10/17/2016, dkt #22) | | | | | |
| 12 | Time share Hilton Grand Vacations Club | Unknown | $0.00 | | $0.00 | FA |
| 13 | Time share Vistana Sheraton | Unknown | $0.00 | | $0.00 | FA |
| 14 | Preferential Transfer Claim v Merrick Bank (u) | $0.00 | $4,641.52 | | $4,641.52 | FA |
| 15 | Life Insurance Policies for Debtor's Parents (u) (debtor pays and is beneficiary) | $0.00 | $3,320.00 | | $3,000.00 | FA |
| **Asset Notes:** | $3,320 is CSV less loans-- settled for $3,000, paid in installments of $275/month, per order dated 06/27/2017 (dkt #34). | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | | $166,827.00 | $16,188.97 | | $14,018.97 | $0.00 |

---

**Major Activities affecting case closing:**

06/16/2018    2018 Reporting Period:
TFR submitted for UST review on June 15, 2018.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| Case No.: | 16-24970 | | | Trustee Name: | David Leibowitz |
| Case Name: | LUZA, DENNIS ROBERT M | | | Date Filed (f) or Converted (c): | 08/03/2016 (f) |
| For the Period Ending: | 9/6/2018 | | | §341(a) Meeting Date: | 08/30/2016 |
| | | | | Claims Bar Date: | 01/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/06/2017  2017 Reporting Period:
The Trustee liquidated a Forrester's Life Insurance policy in the amount of $6,377.45 and recovered $4,641.52 from Merrick Bank for a preferential payment.

The Trustee has negotiated a settlement with the Debtor for the cash surrender value of two additional life insurance policies in his parents' names for which he pays and is the beneficiary. The cash surrender value is $3,320, and the Trustee has agreed to settle, subject to Court approval, for $3,000, payable in monthly installments of $275 per month. The final installment is due 5/15/18, after which the case will be ready for TFR.

**Initial Projected Date Of Final Report (TFR):** 08/26/2017  **Current Projected Date Of Final Report (TFR):** 06/30/2018

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-24970 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LUZA, DENNIS ROBERT M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4236 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2017 | (11) | LUZA, DENNIS ROBERT M | Liquidation of Foresters Life Insurance policy - cash surrender value (payor should be Foresters Life Insurance and Annuity Company) | 1129-000 | $6,377.45 | | $6,377.45 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.99 | $6,375.46 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.95 | $6,364.51 |
| 04/12/2017 | (14) | Merrick Bank Corporation | Recovery of Preferential Transfer Claim v Merrick Bank | 1241-000 | $4,641.52 | | $11,006.03 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $13.86 | $10,992.17 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.73 | $10,974.44 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.28 | $10,956.16 |
| 07/05/2017 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 1 of 11) | 1229-000 | $275.00 | | $11,231.16 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.92 | $11,214.24 |
| 08/01/2017 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 2 of 11) | 1229-000 | $275.00 | | $11,489.24 |
| 08/29/2017 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 3 of 11) | 1229-000 | $275.00 | | $11,764.24 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.56 | $11,745.68 |
| 09/26/2017 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 4 of 11) | 1229-000 | $275.00 | | $12,020.68 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $19.02 | $12,001.66 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.74 | $11,982.92 |
| 11/02/2017 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 5 of 11) | 1229-000 | $275.00 | | $12,257.92 |
| 11/30/2017 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 6 of 11) | 1229-000 | $275.00 | | $12,532.92 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.72 | $12,514.20 |
| 12/27/2017 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 7 of 11) | 1229-000 | $275.00 | | $12,789.20 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $19.82 | $12,769.38 |
| | | | **SUBTOTALS** | | $12,943.97 | $174.59 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-24970 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | LUZA, DENNIS ROBERT M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4236 | | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/3/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $20.16 | $12,749.22 |
| 02/07/2018 | 3001 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $4.35 | $12,744.87 |
| 02/14/2018 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 8 of 11) | 1229-000 | $275.00 | | $13,019.87 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $18.68 | $13,001.19 |
| 03/20/2018 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 9 of 11) | 1229-000 | $275.00 | | $13,276.19 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $21.82 | $13,254.37 |
| 04/11/2018 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 10 of 11) | 1229-000 | $275.00 | | $13,529.37 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $20.20 | $13,509.17 |
| 05/03/2018 | (15) | LUZA, DENNIS ROBERT M | Settlement for value of parents' life insurance policies (payment 11 of 11) | 1229-000 | $250.00 | | $13,759.17 |
| 08/09/2018 | 3002 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 100.00%; | 2700-000 | | $350.00 | $13,409.17 |
| 08/09/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.89 | $13,392.28 |
| 08/09/2018 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,151.90 | $11,240.38 |
| 08/09/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $2,677.50; Distribution Dividend: 100.00%; | 3110-000 | | $2,677.50 | $8,562.88 |
| 08/09/2018 | 3006 | Lakelaw | Claim #: ; Amount Claimed: $60.33; Distribution Dividend: 100.00%; | 3120-000 | | $60.33 | $8,502.55 |
| 08/09/2018 | 3007 | Discover Bank | Claim #: 1; Amount Claimed: $5,067.77; Distribution Dividend: 19.04%; | 7100-900 | | $965.05 | $7,537.50 |
| 08/09/2018 | 3008 | American Express Centurion Bank | Claim #: 2; Amount Claimed: $4,147.05; Distribution Dividend: 19.04%; | 7100-900 | | $789.72 | $6,747.78 |
| 08/09/2018 | 3009 | US DEPT OF EDUCATION | Claim #: 3; Amount Claimed: $35,434.72; Distribution Dividend: 19.04%; | 7100-000 | | $6,747.78 | $0.00 |

**SUBTOTALS** $1,075.00 $13,844.38

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-24970 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LUZA, DENNIS ROBERT M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4236 | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/3/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $14,018.97 | $14,018.97 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $14,018.97 | $14,018.97 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $14,018.97 | $14,018.97 | |

**For the period of 8/3/2016 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $14,018.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,018.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,018.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,018.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/22/2017 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $14,018.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,018.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,018.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,018.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit 9

| Case No. | 16-24970 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LUZA, DENNIS ROBERT M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4236 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $14,018.97 | $14,018.97 | $0.00 |

| For the period of 8/3/2016 to 9/6/2018 | | For the entire history of the case between 08/03/2016 to 9/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,018.97 | Total Compensable Receipts: | $14,018.97 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,018.97 | Total Comp/Non Comp Receipts: | $14,018.97 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14,018.97 | Total Compensable Disbursements: | $14,018.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,018.97 | Total Comp/Non Comp Disbursements: | $14,018.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ